GUTHORN, Respondent, *v.* KELLER *et al.*, Appellants.

*(Common Pleas of New York City and County, General Term.    February 26, 1891.)*

Appeal from fourth district court.
Argued before BISCHOFF and PRYOR, JJ.
*A. S. Sarahson,* for appellants.    *B. Hoffman,* for respondent.
No opinion.  Judgment reversed, new trial ordered, costs to abide the event.

---

BLAKELY, Respondent, *v.* GOLDMARK, Appellant.

*(Common Pleas of New York City and County, General Term.    February 26, 1891.)*

Appeal from eleventh district court.
Argued before BISCHOFF and PRYOR, JJ.
*L. Steckler,* for appellant.    *A. Lamont,* for respondent.
No opinion.    Judgment reversed, new trial ordered, costs to abide the event.

---

FALK, Appellant, *v.* EMDER, Respondent.

*(Common Pleas of New York City and County, General Term.    February 26, 1891.)*

Appeal from judgment of the eighth district court.
Argued before BISCHOFF and PRYOR, JJ.
*B. C. Chetwood,* for appellant.    *J. Hardy,* for respondent.
No opinion.  Judgment affirmed, with costs.

---

EISLER, Respondent, *v.* UNION TRANSFER & STORAGE CO., Appellant.

*(Common Pleas of New York City and County, General Term.    April 6, 1891.)*

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*H. C. Andrews,* for appellant.    *I. Martin,* for respondent.
No opinion.  Motion for reargument granted.  See 12 N. Y. Supp. 732.

---

WARREN, Respondent, *v.* ALLEN, Appellant.

PERSON *v.* SAME.

*(Common Pleas of New York City and County, General Term.    February 2, 1891.)*

Appeal from eleventh district court.
No opinion.  Judgment reversed, with costs.  See 14 N. Y. Supp. 165.

---

PHILLIPS, Respondent, *v.* SELCHOW *et al.*, Appellants.

*(Common Pleas of New York City and County, General Term.    March 3, 1891.)*

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*G. R. Hawes,* for appellants.    *I. Levy,* for respondent.
No opinion.  Appeal from fifth district court.  Judgment affirmed, with costs.

---

SAVAGE, Respondent, *v.* KETCHAM, Appellant.

*(Common Pleas of New York City and County, General Term.    March 3, 1891.)*

Appeal from special term.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*W. C. Dupignac,* for appellant.    *Thompson & Koss,* for respondent.
No opinion.  Judgment affirmed, with costs.